UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESHAUN HOLMES,<br><br>Defendant. | Cr. No. 3:23-cr-140<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Comes now Deshaun Holmes, by and through his attorney, Assistant Federal Public Defender Rhiannon Gorham, and moves the Court for its Order extending the trial setting of October 3, 2023, as well as all related pretrial deadlines.

As grounds, Defendant states:

1.  Defendant made his initial appearance on July 21, 2023, and was arraigned on August 4, 2023, on an Indictment, charging the Defendant with Robbery of Mail and Property of the United States, Brandishing a Firearm During and in Relation to a Crime of Violence, Theft of a Key Adopted by the Post Office, and Theft of Mail, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii), 1704, 1708, and 2114(a), .

2.  The Court entered its Criminal Pretrial Order and Jury Trial Notice on August 4, 2023, setting the jury trial for October 3, 2023.

3.  Defendant received discovery from the government on August 31, 2023.

4. Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

5. Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said he would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6. Defendant is currently detained at the Cass County Jail in Fargo, North Dakota.

7. The Government, through Assistant United States Attorney Matthew Greenley, does not object to this motion.

8. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Deshaun Holmes, requests that the Court continue the trial setting to a time past October 3, 2023, and further, that all related pretrial deadlines be continued.

Dated this 25th day of September, 2023.

>Respectfully submitted,
>
>JASON J. TUPMAN
>Federal Public Defender
>By:
>
>_/s/ Rhiannon Gorham_
>Rhiannon Gorham
>Assistant Federal Public Defender
>Attorney for Defendant
>Office of the Federal Public Defender
>Districts of South Dakota and North Dakota
>112 Roberts Street North, Suite 200
>Fargo, ND 58102
>Telephone: 701-239-5111
>Facsimile:  701-239-5098
>filinguser_SDND@fd.org